

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>13109 PENNYPACKER LANE, FAIRFAX, VIRGINIA 22033 (**SUBJECT PREMISES #1**);<br><br>13514 TABSCOTT DRIVE, CHANTILLY, VIRGINIA 20151 (**SUBJECT PREMISES #2**);<br><br>AND<br><br>GRAY 2014 MERCEDES BENZ CLA 250 WITH VIRGINIA LICENSE PLATE NUMBER VRP9225, VIN # WDDSJ4EB7EN124502 (**SUBJECT VEHICLE**) | Case Nos. 1:19-SW-1609;<br>1:19-SW-1610;<br>1:19-SW-1611 |

## UNITED STATES' MOTION TO UNSEAL SEARCH WARRANTS

The United States, by and through undersigned counsel, asks this Honorable Court for entry of an Order unsealing the warrants to search the above-captioned property, as well as the application for the warrants, the affidavit in support thereof, and any other documents filed in connection with the above-captioned matters. Public disclosure of the documents filed under seal will no longer jeopardize a pending criminal investigation. A proposed Order is submitted herewith for the convenience of the Court.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Bibeane Metsch
Assistant United States Attorney